**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 09 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01177-BNB
(The above civil action number must appear on all future papers
 sent to the court in this action. Failure to include this number
 may result in a delay in the consideration of your claims.)

MICHAEL BROEMMEL,

    Applicant,

v.

UNITED STATES OF AMERICA,

    Respondent.

---

### ORDER DIRECTING APPLICANT TO CURE DEFICIENCY

---

Applicant submitted a Motion to Quash Detainer, filed on April 26, 2011, in Criminal Action No. 08-cr-00183-JLK. On May 3, 2011, Senior Judge Kane ordered that Applicant's Motion be liberally construed as asserting claims pursuant to 28 U.S.C. § 2241. It was further ordered that the Clerk of the Court open a separate action to process Applicant's Motion.

As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers which the Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**
(1) _X_   is not submitted
(2) ___   is missing affidavit
(3) ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) _X_   is missing certificate showing current balance in prison account
(5) ___   is missing required financial information
(6) ___   is missing an original signature by the prisoner
(7) ___   is not on proper form (must use the court's current form)
(8) ___   names in caption do not match names in caption of complaint, petition or habeas application
(9) ___   An original and a copy have not been received by the court. Only an original has been received.
(10) _X_  other: Motion is necessary only if $5.00 filing fee is not paid in advance.

**Complaint, Petition or Application:**
(11) _X_   is not submitted
(12) ___   is not on proper form (must use the court's current form)
(13) ___   is missing an original signature by the prisoner
(14) ___   is missing page nos. ___
(15) ___   uses et al. instead of listing all parties in caption
(16) ___   An original and a copy have not been received by the court. Only an original has been received.
(17) ___   Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___   names in caption do not match names in text
(19) _X_   other: The only proper Respondent in a habeas corpus action is Applicant's current warden, superintendent, jailer or other custodian.

Accordingly, it is

ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED May 9, 2011, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01177-BNB

Michael Broemmel
Prisoner No. 115526
Arrowhead Correctional Center
PO Box 300
Cañon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 in a Habeas Corpus Action and of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2241 forms** to the above-named individuals on May 9, 2011.

                                               GREGORY C. LANGHAM, CLERK

                                       By: _____
                                                          Deputy Clerk