IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01177-BNB

MICHAEL BROEMMEL,

     Applicant,

v.

HARLEY G. LAPPIN, Director, United States Department of Justice, Federal Bureau of
Prisons,

     Respondent.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     Applicant's "Motion to Expedite Application for Writ," filed on June 22, 2011 (Doc.
# 11) is DENIED as unnecessary.  The Application will be examined by the Court in due
course.

     Applicant's "Motion to Transfer Case to the Honorable John Kane," filed on June
22, 2011 (Doc. # 12) is DENIED as premature.

     Dated:  July 1, 2011

---