F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 7 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01177-BNB

MICHAEL BROEMMEL,

     Applicant,

v.

HARLEY G. LAPPIN, Director, United States Department of Justice, Federal Bureau of Prisons,

     Respondent.

_____

ORDER TO FILE SUPPLEMENT TO PRELIMINARY RESPONSE

_____

     As part of the preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 filed in this action on May 31, 2011, the Court ordered Respondent to file a Preliminary Response limited to addressing the affirmative defense of exhaustion of administrative remedies. On June 28, 2011, Respondent filed a Preliminary Response and on July 11, 2011, Applicant filed a Reply to the Preliminary Response.

     Having reviewed the Preliminary Response, the Court finds that it is deficient. Respondent argues that Mr. Broemmel has failed to exhaust administrative remedies before seeking federal court intervention because he has failed to utilize the Administrative Remedy Program put in place by the United States Bureau of Prisons (BOP). However, Respondent does not address Mr. Broemmel's argument that he is unable to use the BOP Administrative Remedy Program due to the fact that he is currently incarcerated in a facility under the custody of the Colorado Department of

Corrections.  Further, Respondent cites to an "Attachment 1" in support of the argument
that Mr. Broemmel has failed to exhaust his administrative remedies, but Respondent
has failed to provide this attachment to the Court.  Therefore, Respondent will be
directed to file a supplement to the Preliminary Response that addresses Applicant's
argument that the BOP Administrative Remedy Program is unavailable to him, and that
provides all relevant supporting documents. Accordingly, it is

ORDERED that **within fourteen (14) days from the date of this Order**
Respondent shall file a supplement to the Preliminary Response that complies with this
Order.

DATED July 27, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  11-cv-01177-BNB

Michael Broemmel
Prisoner No.  115526
Arrowhead Correctional Center
PO Box 300
Cañon City, CO 81215

William George Pharo
U.S. Attorney's Office
***DELIVERED ELECTRONICALLY***

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on July 27, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
                  Deputy Clerk