FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 5 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01177-BNB

MICHAEL BROEMMEL,

    Applicant,

v.

HARLEY G. LAPPIN, Director, United States Department of Justice, Federal Bureau of Prisons,

    Respondent.

## ORDER ASSIGNING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Pursuant to D.C.COLO.LCivR 40.1C.1., and the express instructions of Senior Judge John L. Kane, the case will be assigned to Senior Judge John L. Kane. Accordingly, it is

    ORDERED that this case shall be assigned to Senior Judge John L. Kane.

    DATED August 15, 2011, at Denver, Colorado.

                                    BY THE COURT:

                                    s/ Boyd N. Boland
                                    United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01177-BNB

Michael Broemmel
Prisoner No. 115526
Arrowhead Correctional Center
PO Box 300
Cañon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on August 15, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk