**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Judge John L. Kane

Civil Action **No. 11-cv-01177-JLK**

**MICHAEL BROEMMEL**,

      Petitioner,

v.

**HARLEY G. LAPPIN, Director, United States Bureau of Prisons,**

      Respondent.

---

**MINUTE ORDER**

---

**Judge John L.  Kane ORDERS**

Petitioner's Motion for Leave to File Reply is GRANTED.  He shall have up to and including March 26, 2012 to file his reply to Respondent's Response to his Amended Petition for Writ of Habeas Corpus.

---

Dated: February 29, 2012